UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LEAVE OF ABSENCE REQUEST ) | |
| ) | |
| INGA B. HICKS ) Case Nos. | CR115-002, USA v. Ivy |
| March 13-20, 2015 ) | CR115-019, USA v. Smith |
| ) | |

## ORDER

**Inga N. Hicks** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT **Inga N. Hicks** be granted leave of absence for the following periods: **March 13-20, 2015.**

This ____ day of March, 2015.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia