UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR 1:15-019 |
| | ) | |
| NATHANIEL TYRONE SMITH | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**David R. Brunk,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** David R. Brunk be granted leave of absence for the following period: **July 30, 2015 through August 5, 2015, August 31, 2015 through September 14, 2015 and November 2, 2015 through November 13, 2015.**

This 7th day of July, 2015.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia